UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

| | | |
|---|---|---|
| EMC CORPORATION, EMC INFORMATION SYSTEMS INTERNATIONAL, and DELL (CHINA) COMPANY LIMITED, | : : : | |
| Plaintiffs, | : | Civil Action No. _____ |
| v. | : | |
| XIAOFEI SHAWN SHI, | : | |
| Defendant. | | |

---

**PLAINTIFFS EMC CORPORATION'S, EMC INFORMATION SYSTEMS INTERNATIONAL'S, AND DELL (CHINA) COMPANY LIMITED'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiffs EMC Corporation, EMC Information Systems International, and Dell (China) Company Limited hereby state that they are wholly owned direct or indirect subsidiaries of Dell Inc., which is a wholly owned indirect subsidiary of Dell Technologies Inc., a publicly traded company.  Dell Technologies Inc. has no parent corporation and no publicly held corporation owns 10 percent or more of its stock.

| | |
|---|---|
| Dated: August 7, 2020<br>Boston, Massachusetts | Respectfully submitted,<br><br>/s/ *James R. Carroll*<br>James R. Carroll (BBO #554426)<br>Marley Ann Brumme (BBO #687822)<br>SKADDEN, ARPS, SLATE,<br>  MEAGHER & FLOM LLP<br>500 Boylston Street<br>Boston, Massachusetts 02116<br>(617) 573-4800<br>james.carroll@skadden.com<br>marley.brumme@skadden.com<br><br>P. Anthony Sammi<br>SKADDEN, ARPS, SLATE,<br>  MEAGHER & FLOM LLP<br>One Manhattan West<br>New York, New York 10001<br>(212) 735-3000<br>anthony.sammi@skadden.com<br><br>*Counsel for Plaintiffs*<br>*EMC Corporation, EMC Information Systems International, and Dell (China) Company Limited* |