UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
EMC CORPORATION, EMC INFORMATION      :
SYSTEMS INTERNATIONAL, and DELL
(CHINA) COMPANY LIMITED,              :

            Plaintiffs,              :   Civil Action
                                  No. 20-11494-IT
  v.                                  :

XIAOFEI SHAWN SHI,                    :

           Defendant.              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF APPEARANCE**

        Please enter my appearance as counsel of record for Plaintiffs EMC Corporation, EMC Information Systems International and Dell (China) Company Limited in the above-captioned action. Pursuant to Local Rule 83.5.2(b), James R. Carroll of Skadden, Arps, Slate, Meagher & Flom LLP, 500 Boylston Street, Boston, Massachusetts 02116, (617) 573-4800, james.carroll@skadden.com is authorized to receive all notices in this action.

Dated:  August 13, 2020                    Respectfully submitted,
         Boston, Massachusetts

                                              /s/ Marley Ann Brumme
                                              Marley Ann Brumme (BBO #687822)
                                              SKADDEN, ARPS, SLATE,
                                                 MEAGHER & FLOM LLP
                                              500 Boylston Street
                                              Boston, Massachusetts 02116
                                              (617) 573-4800
                                              marley.brumme@skadden.com

                                              *Counsel for Plaintiffs*
                                              *EMC Corporation, EMC Information*
                                              *Systems International and Dell (China)*
                                              *Company Limited*