# EXHIBIT B

**Vicki Portuguez**

**From:** TrackingUpdates@fedex.com
**Sent:** Tuesday, September 29, 2020 12:34 AM
**To:** vportuguez@legallanguage.com
**Subject:** FedEx Shipment 771631463437: Your package has been delivered



# Hi. Your package was delivered Tue, 09/29/2020 at 1:28pm.



Delivered to LEGAL COOPERATION CENTER, XICHENG DISTRICT, BEIJING 100035
Received by L.ZHANG

**OBTAIN PROOF OF DELIVERY**

| | |
|---|---|
| **TRACKING NUMBER** | 771631463437 |
| **FROM** | LEGAL LANGUAGE SERVICES<br>8014 STATE LINE ROAD<br>SUITE 110<br>SHAWNEE MISSION, KS, US, 66208 |
| **TO** | MINISTRY JUSTICE-INTERNATIONAL<br>GUANQINGTIAN |

1

|  |  |
|---|---|
|  | LEGAL COOPERATION CENTER<br>NO. 33 PINGANLI XIDAJIE<br>XICHENG DISTRICT, BEIJING, CN,<br>100035 |
| **REFERENCE** | EMC Corp v. Xiaofei Shawn Shi |
| **SHIPPER REFERENCE** | EMC Corp v. Xiaofei Shawn Shi |
| **SHIP DATE** | Fri 9/25/2020 06:32 PM |
| **DELIVERED TO** | Receptionist/Front Desk |
| **PACKAGING TYPE** | FedEx Envelope |
| **ORIGIN** | SHAWNEE MISSION, KS, US, 66208 |
| **DESTINATION** | XICHENG DISTRICT, BEIJING, , CN, 100035 |
| **NUMBER OF PIECES** | 1 |
| **TOTAL SHIPMENT WEIGHT** | 1.10 LB |
| **SERVICE TYPE** | FedEx International Priority |



# Download the FedEx® Mobile app

Get the flexibility you need to create shipments and request to customize your deliveries through the app.

**LEARN MORE**

2

  Shipment Receipt

**Address Information**

Ship to:
 GuanQingtian
 MINISTRY JUSTICE-International
 Legal Cooperation Center
 No. 33 PingAnLi XiDaJie
 Xicheng District, BEIJING, 100035
 CN
 83087094

Ship from:
 Vicki Portuguez
 Legal Language Services
 8014 State Line Road
 Suite 110
 Shawnee Mission, KS 66208
 US
 9133413167

**Shipment Information:**
Tracking no.: 771631463437
Ship date: 09/25/2020
Estimated shipping charges: 0.00

**Package Information**
Pricing option:
Service type: International Priority
Package type: FedEx Envelope
Number of packages: 1
Total weight: 0.50  LBS
Declared Value: 1.00  USD
Special Services:
Pickup/Drop-off: Drop off package at FedEx location

**Billing Information:**
Bill transportation to: Third party
Bill duties/taxes/fees to: Third party
Your reference:  EMC Corp v. Xiaofei Shawn Shi
P.O. no.:
Invoice no.:
Department no.:

Thank you for shipping online with FedEx ShipManager at fedex.com.

**Please Note**

FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1000, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details. The estimated shipping charge may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.