UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
EMC CORPORATION, EMC INFORMATION   :
SYSTEMS INTERNATIONAL, and DELL
(CHINA) COMPANY LIMITED,           :

          Plaintiffs,     :  Civil Action
                           No. 20-11494-IT
  v.                              :

XIAOFEI SHAWN SHI,                 :

          Defendant.      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**PLAINTIFFS EMC CORPORATION'S, EMC INFORMATION
SYSTEMS INTERNATIONAL'S, AND DELL (CHINA) COMPANY
LIMITED'S STATUS REPORT REGARDING SERVICE OF COMPLAINT**

Plaintiffs EMC Corporation, EMC Information Systems International, and Dell (China) Company Limited (collectively, "Plaintiffs") respectfully submit this response to the Court's November 18, 2020 order requiring Plaintiffs to file proof of service or a further status report regarding service of the Complaint. (ECF No. 8.)

As described in Plaintiffs' Response to the Court's Order to Show Cause Defendant Shi is a citizen and resident of China. (ECF No. 7 at 2.) Because Defendant is located in China, in September 2020, pursuant to Federal Rule of Civil Procedure 4(f)(1), Plaintiffs initiated service upon him through the methods set forth in the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents. (ECF Nos. 7-1, 7-2.) Proof of service has not yet been returned to Plaintiffs; when it is, Plaintiffs will promptly file it with the Court.

| | |
|---|---|
| Dated: February 16, 2021<br>Boston, Massachusetts | Respectfully submitted,<br><br>/s/ *James R. Carroll*<br>James R. Carroll (BBO #554426)<br>Marley Ann Brumme (BBO # 687822)<br>SKADDEN, ARPS, SLATE,<br>    MEAGHER & FLOM LLP<br>500 Boylston Street<br>Boston, Massachusetts 02116<br>(617) 573-4800<br>james.carroll@skadden.com<br>marley.brumme@skadden.com<br><br>*Counsel for Plaintiffs*<br>*EMC Corporation, EMC Information Systems International and Dell (China) Company Limited* |